**FILED**
AUG 0 2 2010
CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| MARC JAMISON and<br>JAMISON INTERNATIONAL V, LLC, | ) )<br>) | CIV. 10-5052-JLV |
| Plaintiffs, | ) ) | ORDER REMANDING CASE |
| vs. | ) ) ) | |
| GREENWICH BALLISTICS, LLC, | ) ) | |
| Defendant. | ) | |

Plaintiffs filed a motion to remand pursuant to 28 U.S.C. § 1447(c). The parties then filed a stipulation agreeing this case should be remanded to the Circuit Court for the Fourth Judicial Circuit, Meade County, South Dakota. Accordingly, it is hereby

ORDERED that the motion (Docket 5) is granted and this case is remanded to the Circuit Court for the Fourth Judicial Circuit, Meade County, South Dakota.

Dated August 2nd, 2010.

BY THE COURT:

JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE